**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1200**

_____

TED AARON MCCRACKEN,

                                        Plaintiff - Appellant,

        versus

JOSEPH M. NATALE,

                                        Defendant - Appellee,

        and

JOHN DOE,

                                        Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-04-50-5)

_____

Submitted:  July 29, 2005            Decided:  August 8, 2005

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ted Aaron McCracken, Appellant Pro Se.   Robert  C.  Ekstrand,
EKSTRAND & EKSTRAND, L.L.P., Durham, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ted Aaron McCracken appeals the district court's order accepting the recommendation of the magistrate judge granting defendant Natale's motion for summary judgment, and imposing sanctions under Fed. R. Civ. P. 11. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>McCracken v. Natale</u>, No. CA-04-50-5 (E.D.N.C. Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>